IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RBS CITIZENS, N.A., successor by merger to Citizens Bank, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROL E. McGREEVY, )<br>)<br>Defendant. ) | Civil Action No. |

NOTICE LETTER OF ENTRY OF JUDGMENT

TO:   Carol E. McGreevy
      109 Kelly Drive
      Chadds Ford, PA  19317

    1.    RBS Citizens, N.A., successor by merger to Citizens Bank ("Plaintiff"), intends to obtain a court judgment against Carol E. McGreevy (the "Debtor") in the U.S. District Court for the District of Delaware based on the enclosed documents for the aggregate amount of:

| | |
|---|---|
| Principal | $6,147,790.04 |
| Accrued Interest | $ 178,188.00 |
| Late Fees | $ 190,000.00 |
| Forbearance Fees | $ 52,750.00 |
| Attorneys' Fees & Costs | $1,265,195.61[1] |

together with floating <u>per diem</u> interest in the amount of $1,769.81.[2]

    2.    Plaintiff alleges that the Debtor has waived their rights to notice and hearing prior to the entry of judgment.

---

[1] Plaintiff shall only seek to collect those attorneys' fees and costs incurred from time to time.

[2] Loan #: 080-001-2536250-0101 $893.14
    Loan #: 080-001-2605812-0101 $876.67

#9300649 v2

-2-

3. The entry of such a judgment will result in a lien against all of Debtor's real estate and the means, in default payment, whereby the Marshall can levy against and ultimately sell at public auction Debtor's personal property and real estate for credit against the debt.

4. In default of payment in appropriate cases, the Marshall may seize some portion of Debtor's wages for credit against the debt.

5. Debtor may file with the Court, Clerk of the Court, U.S. District Court for the District of Delaware, J. Caleb Boggs Federal Building, 844 N. King Street, Lockbox 18, Wilmington, Delaware, 19801, an objection to the entry of judgment by a date two (2) weeks following the date on which the notice letter for the entry of judgment was mailed. When the objection is filed, a hearing will be scheduled by the Court. At the hearing, the Plaintiff will be required to prove that Debtor has effectively waived any rights to notice and a hearing prior to the entry of judgment.

6. No objection is required but, if no objection is made, judgment will be entered by default.

7. If you have any questions about these matters, you should consult a lawyer immediately.

_____

#9300649 v2